**E-Filed 3/12/07**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| RUBEN ARMENTA,<br><br>                Plaintiff,<br><br>                v.<br><br>JOANNE B. BARNHART, Commissioner of Social Security,<br><br>                Defendant. | Case Number C 02-315 JF<br><br>ORDER[1] DENYING AMENDED MOTION FOR ATTORNEYS' FEES<br><br>[re: doc. no. 17 ] |

On December 6, 2002, the Court remanded this case for further development of the vocational expert's testimony regarding Plaintiff's ability to work. On September 5, 2006, Plaintiff's counsel filed a motion for attorneys' fees. Because it appeared that the motion had not been served upon counsel for Defendant, the Court ordered the Clerk to serve the motion upon counsel for Defendant and set a briefing schedule granting Defendant thirty days within which to respond to the motion. On October 20, 2006, Plaintiff's counsel filed an amended motion for attorneys' fees. That motion was filed electronically and thus was served by email upon counsel

---

[1] This disposition is not designated for publication and may not be cited.

for Defendant.  Counsel for Defendant has not filed any response to the motion.

      When a claimant recovers past-due benefits under 42 U.S.C. § 406, the claimant's attorney may seek payment of reasonable attorneys' fees out of those benefits, such payment not to exceed twenty-five percent of the total past-due benefits recovered.  42 U.S.C. § 406(b).  Contingent fee agreements that are within the twenty-five percent statutory ceiling generally are enforced.  *Gisbrecht v. Barnhart*, 535 U.S. 789, 792 (2002).

      Plaintiff's counsel has submitted a declaration stating that Plaintiff was awarded past-due benefits in the amount of $14,661.15; that there was a twenty-five percent contingent fee agreement in this case; and that counsel has been paid fees in the amount of $3,925 for work done in this case.  Because it appears that counsel already has recovered fees in excess of twenty-five percent of the total past-due benefits awarded to Plaintiff, the Court HEREY DENIES counsel's motion for additional attorneys' fees.

      IT IS SO ORDERED.

DATED:  3/12/07

_____
JEREMY FOGEL
United States District Judge

1 | Copies of Order served on:

3 | Jocelyn Burton      Jocelyn.Burton@usdoj.gov

4 | Arthur L. Johnson     jain@bjlaw.com,

5 | Alex G. Tse      alex.tse@usdoj.gov, claire.muller@usdoj.gov